**BD&J, P.C.**
OWILI EISON, ESQ.  [SBN 271802]
oe@bhattorneys.com
MICHAEL DAURIO, ESQ. [SBN 327810]
mdo@bhattorneys.com
Email for service of documents:
eserveT1@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile:  (424) 600-2262

Attorneys for PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SOPHIA REYES, an individual.<br><br>        Plaintiff,<br><br>    vs.<br><br>COVENANT TRANSPORT, INC., a corporation; COVENANT TRANSPORTATION GROUP, INC., a corporation; GLENFORD A. SAMPSON, an individual; and DOES 1 through 20, inclusive.<br><br>      Defendants. | **Case No.**: 5:23-cv-02440-SSS-SHK<br><br>**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES** |

**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**

PLEASE TAKE NOTICE that the parties have reached a settlement in principle in the above-captioned case.

Accordingly, in light of the parties' pending settlement, the parties hereby request through their respective counsel of record that the Court stay all future deadlines in this action. The purpose of the stay is to allow the parties to finalize processing of the settlement funds and prepare a dismissal of the entire action.

DATED: March 6, 2024          **BD&J, P.C.**


By     **/s/ Michael Daurio**
OWILI EISON, ESQ.
MICHAEL DAURIO, ESQ.
Attorneys for PLAINTIFF


DATED: March 7, 2024          **KIENLE LAW PC**


By     **/s/ Jenifer Kienle**
JENIFER KIENLE, ESQ.
Attorneys for DEFENDANTS, COVENANT TRANSPORT INC. and COVENANT TRANSPORTATION GROUP, INC.

**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**

**Signature Certification**

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to Jenifer Kienle, counsel for Defendants Covenant Transportation Group, Inc. and Covenant Transport, Inc., and that I have obtained Ms. Kienle's authorization to affix her electronic signature to this document.

DATED:  March 7 2024                    BD&J, PC

                                   By:         **/s/ Michael Daurio_____**
                                               OWILI K. EISON, ESQ.
                                               MICHAEL DAURIO, ESQ.
                                               Attorneys for PLAINTIFF

**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**