**BD&J, P.C.**
OWILI EISON, ESQ. [SBN 271802]
oe@bhattorneys.com
MICHAEL DAURIO, ESQ. [SBN 327810]
mdo@bhattorneys.com
Email for service of documents:
eserveT1@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 600-2262

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SOPHIA REYES, an individual.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COVENANT TRANSPORT, INC., a corporation; COVENANT TRANSPORTATION GROUP, INC., a corporation; GLENFORD A. SAMPSON, an individual; and DOES 1 through 20, inclusive.<br><br>　　　　　Defendants. | **Case No.**: 5:23-cv-02440-SSS-SHK<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>[Proposed Order Lodged Concurrently]<br><br>Date: No Hearing Required<br>Time: No Hearing Required |

-1-
**STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SOPHIA REYES and Defendant COVENANT TRANSPORT, INC., by and through their undersigned attorneys, stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action against Defendant COVENANT TRANSPORT, INC., with each party bearing that party's own attorney's fees and costs. Plaintiff SOPHIA REYES and Defendant COVENANT TRANSPORT, INC. request an Order of the Court dismissing with prejudice all claims and causes of action against Defendant COVENANT TRANSPORT, INC.

DATED: March 6, 2024			**BD&J, P.C.**

					By	/s/ Michael Daurio_____
						OWILI EISON, ESQ.
						MICHAEL DAURIO, ESQ.
						Attorneys for PLAINTIFF

DATED: March _6__, 2024		**KIENLE LAW PC**

					By	/s/ Jenifer Kienle_____
						JENIFER KIENLE, ESQ.
						Attorneys for DEFENDANTS, COVENANT TRANSPORT INC. and COVENANT TRANSPORTATION GROUP, INC.

**STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## Signature Certification

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to Jenifer Kienle, counsel for Defendant Covenant Transport, Inc., and that I have obtained Ms. Kienle's authorization to affix her electronic signature to this document.

DATED: March 6, 2024                BD&J, PC

By:     **/s/ Michael Daurio**_____
OWILI K. EISON, ESQ.
MICHAEL DAURIO, ESQ.
Attorneys for PLAINTIFF

**STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**